appellant. J. B. Leavitt, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

CORBETT, Appellant, v. FLEMING et al., Respondents. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Josephine Corbett against Peter C. Fleming and others. J. R. Deering, for appellant. J. E. Wyckoff, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CORCORAN, Respondent, v. UNION RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Mary Corcoran, as administratrix, against the Union Railway Company. B. H. Ames, for appellant. G. D. Lamb, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

CLARKE, J., dissents.

CORN KING HUSKER CO. v. WOOD et al. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Action by the Corn King Husker Company against C. Wood and others.

PER CURIAM. Order affirmed, without costs of this appeal to either party.

ROBSON, J., not voting.

COSSMAN, Appellant, v. CHENANGO SILK CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Alfred Cossman against the Chenango Silk Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

JENKS, J., not voting.

COUSE, Respondent, v. DELAWARE & H. CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 17, 1908.) Action by Mina L. Couse, as administratrix, etc., of Scott F. Couse, deceased, against the Delaware & Hudson Company. No opinion. Judgment and order unanimously affirmed, with costs.

CRAMER, Appellant, v. KLEIN, Respondent. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Esther Cramer against Leontine Klein. No opinion. Motion denied, with $10 costs. See, also, 127 App. Div. 146, 111 N. Y. Supp. 469.

CRIMI, Respondent, v. BUFFALO & L. E. TRACTION CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. September 23, 1908.) Action by Leonardo Crimi, as administrator, etc., against the Buffalo & Lake Erie Traction Company. No opinion. Motion for reargument denied. Motion for leave to appeal to Court of Appeals denied.

CUPI, Appellant, v. HOFFMAN HOUSE, NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Eduardo Cupi against the Hoffman House, New York. A. D. Kneeland, for appellant. J. B. Stanchfield, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

CURTIS v. CURTIS et al. (Supreme Court, Appellate Division, Third Department. October 2, 1908.) Action by Eugene B. Curtis against Harriet A. Curtis and others. No opinion. Motions denied, with $10 costs in one motion. See, also, 126 App. Div. 590, 110 N. Y. Supp. 658.

DANA, Respondent, v. THAW et al., Appellants. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Charles L. Dana against Mary C. Thaw and another. H. B. Gayley, for appellants. L. Lauterstein, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 109 N. Y. Supp. 826.

DAVIS, Respondent, v. OLMSTEAD et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Action by Fitch M. Davis, as administrator, etc., against William L. Olmstead, as administrator, etc., and others.

PER CURIAM. Judgment affirmed, with costs.

ROBSON, J., not voting.

DE LA VERGNE CO., Respondent, v. ANTHONY & SCOVILL CO., Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by the De La Vergne Company against the Anthony & Scovill Company. S. H. Evins, for appellant. G. C. Fox, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

HOUGHTON, J., dissents on the ground that the counterclaim is sufficiently broad to cover damages for delay in installing the ice plant, and that the court erred in dismissing the same.

DE LONG et al. v. MERCURY REALTY CO. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Albert W. De Long and others against the Mercury Realty Company. No opinion. Motion denied, with leave to renew as stated in order. Motion for resettlement denied. Orders filed.

DE MARK et al., Appellants, v. LEVISON, Respondent. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Frank De Mark and another against Isaac Levison. No opinion. Motion denied.

DEMUTH GLASS MFG. CO., Appellant, v. EARLY et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by the Demuth Glass Manufacturing Company against Joseph N. Early and Charles M. Early, constituting the firm of John Early's Sons. No opinion. Order reversed on argument, without costs.

DIABO, Respondent, v. DIABO, Appellant. (Supreme Court, Appellate Division, Fourth De-